IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CTD NETWORKS LLC**,<br><br>    Plaintiff,<br><br>v.<br><br>**MICROSOFT CORPORATION**,<br><br>    Defendant. | No. 6:22-cv-01049-XR |

### DECLARATION OF MELISSA R. SMITH IN SUPPORT OF MICROSOFT CORPORATION'S MOTION TO DISMISS

I, Melissa R. Smith, declare the following:

1. I am an attorney with the law firm Gillam & Smith LLP. My office is located at 303 South Washington Avenue, Marshall, Texas 75670.

2. I represent Defendant Microsoft Corporation, and have been admitted to practice before this Court, in this action.

3. I submit this declaration in support of Defendant Microsoft Corporation's Motion to Dismiss.

4. Attached as Exhibit 1 is a true and correct copy of the webpage at https://learn.microsoft.com/en-us/microsoft-365/security/defender-endpoint/microsoft-defender-endpoint?view=o365-worldwide, last visited December 27, 2022 ("MDE Documentation").

5. Attached as Exhibit 2 is a true and correct copy of the webpage at https://learn.microsoft.com/en-us/azure/defender-for-cloud/defender-for-cloud-introduction), last visited December 27, 2022 ("MDC Documentation").

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of December 2022.   /s/ *Melissa R. Smith*
                                            Melissa R. Smith