# EXHIBIT E

**EXHIBIT E**

**Jayanthi, Shridhar**

| | |
|---|---|
| **From:** | Kyril Talanov <ktalanov@rameyfirm.com> |
| **Sent:** | Sunday, April 9, 2023 3:23 PM |
| **To:** | Sylvia Fernandez |
| **Cc:** | Moez M. Kaba; Christina V. Rayburn; Neil G. Anderson; Padmanabhan, Krishnan; Shelton, Barry K.; cbwalker@winston.com; ccliu@winston.com; Wickramasekera, Nimalka; Raghavan, Saranya; egiese@jw.com; acrouch@jw.com; ted.kang@mto.com; zachary.briers@mto.com; heather.takahashi@mto.com; adam.kwon@mto.com; evan.mann@mto.com; Huang, Henry; Lamberson, Jonathan; Kuehn Pelletier, Lauren; William Ramey; Susan Kalra; Linda Saltiel; LitigationParalegals |
| **Subject:** | RE: Case 6:22-cv-01034 CTD v Amazon; Case 6:22-cv-01039 CTD v Cisco; case 6:22-cv-01042 CDT v Google; Case 6:22-cv-0149 CTD v Microsoft |

Ms. Fernandez,

In connection with the upcoming hearing tomorrow morning (4/10) on Defendants' motions to dismiss tomorrow in the above-captioned cases, Plaintiff would respectfully like to bring to the Court's attention that it has filed for leave to amend the complaint in each case.  Plaintiff apologizes for the last-minute submissions but believes that the proposed amendments sufficiently address Defendant's motions to dismiss, and, if granted, would render the motions moot.

Best regards and Happy Easter!

Kyril

Kyril Talanov

**RAMEY** LLP

5020 Montrose Blvd. Suite 800
Houston, TX 77006
713.426.3923
ktalanov@rameyfirm.com
www.rameyfirm.com

1