# EXHIBIT F

**EXHIBIT F**

# Cases Search

228 Results

Case Filing Date: Oct. 6th, 2022 - Aug. 22nd, 2023   Patentee Firms: Ramey   Courts: 11 Courts

| Case Filing Date ▲ | Case Status | Case Terminated | Case Name | Case Number | Court |
|---|---|---|---|---|---|
| Oct. 06, 2022 | Terminated | Aug. 22, 2023 | CTD Networks, LLC v. Google LLC f/k/a Google Inc. | 6-22-cv-01042 | WDTX |
| Oct. 06, 2022 | Terminated | Apr. 25, 2023 | VIAAS, Inc. v. Amazon.com, Inc. et al | 6-22-cv-01041 | WDTX |
| Oct. 06, 2022 | Terminated | Apr. 20, 2023 | CTD Networks, LLC v. International Business Machines Corporation | 6-22-cv-01044 | WDTX |
| Oct. 06, 2022 | Terminated | Apr. 25, 2023 | VIAAS, Inc. v. ADT LLC | 6-22-cv-01046 | WDTX |
| Oct. 06, 2022 | Terminated | Apr. 25, 2023 | VIAAS, Inc. v. Cisco Systems, Inc. | 6-22-cv-01047 | WDTX |
| Oct. 06, 2022 | Terminated | Apr. 25, 2023 | VIAAS, Inc. v. Google LLC f/k/a Google Inc. | 6-22-cv-01048 | WDTX |
| Oct. 06, 2022 | Terminated | Aug. 22, 2023 | CTD Networks, LLC v. Microsoft Corporation | 6-22-cv-01049 | WDTX |
| Oct. 06, 2022 | Terminated | Jan. 18, 2023 | WirelessWerx IP LLC v. Apple Inc. | 6-22-cv-01050 | WDTX |
| Oct. 06, 2022 | Terminated | Apr. 25, 2023 | VIAAS Inc. v. Vivint Smart Home Inc. | 6-22-cv-01052 | WDTX |
| Oct. 06, 2022 | Terminated | Sep. 06, 2023 | Silent Communication, LLC v. Zoho Corporation | 6-22-cv-01053 | WDTX |
| Oct. 07, 2022 | Terminated | Apr. 14, 2023 | WirelessWerx IP LLC v. Google LLC f/k/a Google Inc. | 6-22-cv-01056 | WDTX |
| Oct. 07, 2022 | Active | | WirelessWerx IP LLC v. Lyft, Inc. | 6-22-cv-01058 | WDTX |
| Oct. 07, 2022 | Terminated | Jun. 06, 2023 | WirelessWerx IP LLC v. Raytheon Technologies Corp. f/k/a United Technologies Corporation | 6-22-cv-01059 | WDTX |
| Oct. 07, 2022 | Terminated | Mar. 03, 2023 | WirelessWerx IP LLC v. Uber Technologies, Inc. d/b/a Uber | 6-22-cv-01060 | WDTX |
| Oct. 07, 2022 | Terminated | Jun. 12, 2023 | Cloud Systems HoldCo IP, LLC v. ADT Commercial LLC | 6-22-cv-01063 | WDTX |
| Oct. 07, 2022 | Terminated | Jan. 05, 2023 | Cloud Systems HoldCo IP, LLC v. Monitronics International Inc. | 6-22-cv-01067 | WDTX |
| Oct. 07, 2022 | Terminated | Jan. 05, 2023 | Cloud Systems HoldCo IP, LLC v. Philips North America, LLC | 6-22-cv-01068 | WDTX |
| Oct. 10, 2022 | Terminated | Sep. 06, 2023 | Cloud Systems HoldCo IP, LLC v. Samsung Electronics America, Inc. et al | 6-22-cv-01069 | WDTX |
| Oct. 10, 2022 | Terminated | Mar. 10, 2023 | Cloud Systems HoldCo IP, LLC v. Vivint, Inc. | 6-22-cv-01070 | WDTX |
| Oct. 12, 2022 | Terminated | Feb. 22, 2023 | eSignature Software, LLC v. Adobe, Inc. d/b/a Adobe Systems Inc. | 3-22-cv-05962 | NDCA |
| Oct. 14, 2022 | Terminated | Jan. 31, 2023 | Foothills IP LLC v. Gunfire Games, LLC | 6-22-cv-01081 | WDTX |
| Oct. 14, 2022 | Terminated | May. 31, 2023 | Foothills IP, LLC v. Cloud Imperium Games, LLC et al | 6-22-cv-01082 | WDTX |
| Oct. 20, 2022 | Terminated | Jan. 12, 2023 | AML IP LLC v. Ace Hardware Corporation | 6-22-cv-01089 | WDTX |
| Oct. 20, 2022 | Active | | AML IP LLC v. BPS Direct, LLC d/b/a Bass Pro Shops | 6-22-cv-01090 | WDTX |
| Oct. 20, 2022 | Terminated | Oct. 27, 2022 | AML IP, LLC v. Small Luxury Hotels of the World Management, Inc. | 6-22-cv-01091 | WDTX |
| Oct. 24, 2022 | Terminated | Dec. 08, 2022 | AttestWave, LLC v. Cisco Systems, Inc. | 6-22-cv-01100 | WDTX |
| Oct. 24, 2022 | Terminated | Oct. 28, 2022 | AttestWave, LLC v. Google LLC f/k/a Google Inc. | 6-22-cv-01102 | WDTX |
| Oct. 25, 2022 | Terminated | Jan. 25, 2023 | AttestWave, LLC v. International Business Machines Corporation | 6-22-cv-01107 | WDTX |
| Oct. 25, 2022 | Terminated | Oct. 28, 2022 | AttestWave, LLC v. Intel Corporation | 6-22-cv-01108 | WDTX |
| Oct. 26, 2022 | Terminated | Apr. 05, 2023 | AttestWave, LLC v. Ivanti, Inc. | 6-22-cv-01110 | WDTX |
| Oct. 26, 2022 | Terminated | May. 04, 2023 | AttestWave, LLC v. Zoho Corporation | 6-22-cv-01113 | WDTX |
| Oct. 26, 2022 | Terminated | Oct. 28, 2022 | AttestWave, LLC v. Microsoft Corporation | 6-22-cv-01114 | WDTX |
| Oct. 26, 2022 | Terminated | Jul. 31, 2023 | AttestWave, LLC v. Samsung Electronics America, Inc. | 6-22-cv-01116 | WDTX |
| Oct. 26, 2022 | Terminated | Jan. 03, 2023 | AttestWave, LLC v. VMware, Inc. | 6-22-cv-01117 | WDTX |
| Oct. 27, 2022 | Terminated | Jan. 02, 2023 | mCom IP, LLC v. Citibank, NA et al | 3-22-cv-02398 | NDTX |
| Oct. 27, 2022 | Terminated | Apr. 21, 2023 | mCom IP, LLC v. American Express Bank, FSB | 6-22-cv-01134 | WDTX |
| Oct. 28, 2022 | Active | | CyboEnergy, Inc. v. Altenergy Power System USA, Inc. | 6-22-cv-01136 | WDTX |
| Nov. 02, 2022 | Active | | mCom IP, LLC v. Cullen/Frost Bankers, Inc. | 6-22-cv-01148 | WDTX |
| Nov. 02, 2022 | Terminated | Nov. 04, 2022 | mCom IP, LLC v. Citizens Financial Group, Inc. et al | 3-22-cv-02447 | NDTX |
| Nov. 02, 2022 | Terminated | Mar. 08, 2023 | mCom IP, LLC v. Goldman Sachs Bank USA | 4-22-cv-03821 | SDTX |
| Nov. 22, 2022 | Active | | Safecast Limited v. Dish Network Corporation | 1-22-cv-03037 | DCO |

| Nov. 30, 2022 | Terminated | Jan. 10, 2023 | AttestWave, LLC v. Broadcom Inc. | 6-22-cv-01244 | WDTX |
| --- | --- | --- | --- | --- | --- |
| Dec. 01, 2022 | Terminated | May. 10, 2023 | mCom IP, LLC v. Silicon Valley Bank | 6-22-cv-01248 | WDTX |
| Dec. 01, 2022 | Terminated | Dec. 13, 2022 | mCom IP, LLC v. State Street Bank And Trust Company | 4-22-cv-04171 | SDTX |
| Dec. 05, 2022 | Terminated | Mar. 17, 2023 | Vilox Technologies, LLC et al v. Oracle Corporation | 6-22-cv-01254 | WDTX |
| Dec. 05, 2022 | Active | | Vilox Technologies, LLC et al v. Salesforce, Inc. | 6-22-cv-01255 | WDTX |
| Dec. 05, 2022 | Active | | AML IP, LLC v. Stripe, Inc. | 6-22-cv-01257 | WDTX |
| Dec. 07, 2022 | Terminated | Apr. 10, 2023 | AML IP LLC v. Airbnb, Inc. | 6-22-cv-01262 | WDTX |
| Dec. 07, 2022 | Terminated | Feb. 17, 2023 | AML IP LLC v. Block, Inc. f/k/a Square, Inc. | 6-22-cv-01263 | WDTX |
| Dec. 07, 2022 | Active | | AML IP LLC v. Buff Technologies, Ltd. | 6-22-cv-01264 | WDTX |
| Dec. 08, 2022 | Terminated | Apr. 10, 2023 | Silent Communications, LLC v. Tencent Holdings Limited | 6-22-cv-01272 | WDTX |
| Dec. 13, 2022 | Terminated | Mar. 07, 2023 | Escapex IP LLC v. Google LLC | 3-22-cv-08711 | NDCA |
| Dec. 16, 2022 | Terminated | May. 03, 2023 | VDPP, LLC v. Philips North America LLC | 6-22-cv-01284 | WDTX |
| Dec. 16, 2022 | Terminated | May. 15, 2023 | VDPP, LLC v. Roku, Inc. | 6-22-cv-01285 | WDTX |
| Dec. 16, 2022 | Terminated | Jun. 27, 2023 | VDPP, LLC v. Panasonic Corporation of North America, Inc. | 3-22-cv-02831 | NDTX |
| Dec. 19, 2022 | Active | | Linfo IP, LLC v. Ashley Furniture Industries, LLC | 6-22-cv-01287 | WDTX |
| Dec. 19, 2022 | Terminated | Feb. 09, 2023 | Linfo IP, LLC v. Abercrombie & Fitch Stores, Inc. d/b/a Hollister Co. et al | 6-22-cv-01288 | WDTX |
| Dec. 19, 2022 | Active | | Linfo IP, LLC v. Vuori, Inc. | 6-22-cv-01290 | WDTX |
| Dec. 19, 2022 | Active | | Linfo IP, LLC v. Sally Beauty Supply LLC | 6-22-cv-01291 | WDTX |
| Dec. 19, 2022 | Terminated | Mar. 02, 2023 | Linfo IP, LLC v. The Buckle, Inc. | 4-22-cv-01058 | EDTX |
| Dec. 19, 2022 | Terminated | Feb. 03, 2023 | Linfo IP, LLC v. Isotoner and Totes Isotoner Corporation | 4-22-cv-04395 | SDTX |
| Dec. 27, 2022 | Terminated | Apr. 14, 2023 | CTD Networks LLC v. Akamai Technologies, Inc. | 6-22-cv-01302 | WDTX |
| Dec. 27, 2022 | Terminated | Jun. 12, 2023 | CTD Networks LLC v. Musarubra US LLC | 6-22-cv-01303 | WDTX |
| Dec. 27, 2022 | Terminated | Mar. 24, 2023 | CTD Networks LLC v. Palo Alto Networks, Inc. | 6-22-cv-01304 | WDTX |
| Dec. 28, 2022 | Terminated | Sep. 11, 2023 | CTD Networks LLC v. Verizon Communications, Inc. | 6-22-cv-01306 | WDTX |
| Jan. 04, 2023 | Terminated | May. 09, 2023 | Haley IP LLC v. Geotab USA, Inc. | 6-23-cv-00002 | WDTX |
| Jan. 04, 2023 | Active | | Etto IP, LLC v. Reebok International Ltd. | 6-23-cv-00003 | WDTX |
| Jan. 05, 2023 | Terminated | Feb. 24, 2023 | ALD Social, LLC v. Verkada, Inc. | 3-23-cv-00049 | NDCA |
| Jan. 06, 2023 | Active | | HyperQuery, LLC v. HP Inc. | 6-23-cv-00006 | WDTX |
| Jan. 06, 2023 | Active | | HyperQuery, LLC v. Samsung Electronics America, Inc. | 6-23-cv-00007 | WDTX |
| Jan. 09, 2023 | Active | | HyperQuery LLC v. LG Electronics USA, Inc. | 2-23-cv-00007 | EDTX |
| Jan. 13, 2023 | Terminated | Aug. 02, 2023 | AML IP LLC v. Amazon.com Services LLC f/k/a Amazon.com Services, Inc. | 6-23-cv-00023 | WDTX |
| Jan. 13, 2023 | Terminated | Jun. 08, 2023 | AML IP LLC v. Best Buy Co., Inc. | 6-23-cv-00024 | WDTX |
| Jan. 13, 2023 | Terminated | Sep. 12, 2023 | AML IP LLC v. The Container Store, Inc. | 6-23-cv-00025 | WDTX |
| Jan. 13, 2023 | Active | | AML IP LLC v. Costco Wholesale Corporation | 6-23-cv-00026 | WDTX |
| Jan. 13, 2023 | Terminated | Jan. 24, 2023 | AML IP LLC v. Bloomingdales.com, LLC | 3-23-cv-00102 | NDTX |
| Jan. 18, 2023 | Active | | AML IP LLC v. Fossil Group, Inc. | 6-23-cv-00029 | WDTX |
| Jan. 18, 2023 | Active | | AML IP LLC v. Guitar Center Stores, Inc. | 6-23-cv-00030 | WDTX |
| Jan. 18, 2023 | Active | | AML IP LLC v. Home Depot USA, Inc. | 6-23-cv-00031 | WDTX |
| Jan. 18, 2023 | Active | | AML IP LLC v. Interior Define, Inc. | 6-23-cv-00032 | WDTX |
| Jan. 18, 2023 | Active | | AML IP LLC v. Transform SR Holding Management LLC d/b/a Sears | 6-23-cv-00033 | WDTX |
| Jan. 20, 2023 | Active | | Front Row Technologies LLC v. Cisco Systems, Inc. | 6-23-cv-00035 | WDTX |
| Jan. 20, 2023 | Active | | Front Row Technologies LLC v. u-blox America, Inc. | 3-23-cv-00157 | NDTX |
| Jan. 20, 2023 | Active | | Contiguity, LLC v. Conduent Business Services, LLC | 6-23-cv-00038 | WDTX |
| Jan. 20, 2023 | Active | | Contiguity, LLC v. Hikvision USA Inc. | 3-23-cv-00160 | NDTX |
| Jan. 25, 2023 | Terminated | Feb. 15, 2023 | Contiguity, LLC v. Traffic Logix Corporation | 3-23-cv-00187 | NDTX |

9/17/23, 9:17 PM  Case 6:22-cv-01049-XR  Document 51-6  Filed 09/19/23  Page 4 of 7
Ramey During CTD litigatoin    Ramey During CTD litigatoin

Docket Navigator

| Date | Status | Date2 | Case | Number | Court |
|---|---|---|---|---|---|
| Jan. 26, 2023 | Terminated | May. 03, 2023 | Flick Intelligence LLC v. Activision Publishing, Inc. | 6-23-cv-00050 | WDTX |
| Jan. 26, 2023 | Terminated | Sep. 15, 2023 | Flick Intelligence LLC v. Google, LLC f/k/a Google Inc. | 6-23-cv-00051 | WDTX |
| Jan. 26, 2023 | Terminated | Jun. 13, 2023 | Haley IP, LLC v. Motive Technologies, Inc. | 6-23-cv-00052 | WDTX |
| Jan. 26, 2023 | Terminated | Jun. 01, 2023 | Haley IP, LLC v. GPS Insight, LLC | 3-23-cv-00210 | NDTX |
| Jan. 27, 2023 | Terminated | May. 16, 2023 | Arena IP, LLC v. Verizon Communications, Inc. | 6-23-cv-00054 | WDTX |
| Jan. 27, 2023 | Terminated | Jun. 01, 2023 | Flick Intelligence LLC v. Apple Inc. | 6-23-cv-00057 | WDTX |
| Feb. 01, 2023 | Terminated | May. 08, 2023 | AK Meeting IP LLC v. Zoom Communications Video, Inc. | 6-23-cv-00062 | WDTX |
| Feb. 01, 2023 | Terminated | May. 31, 2023 | Arena IP, LLC v. Boingo Wireless, Inc. | 4-23-cv-00085 | EDTX |
| Feb. 01, 2023 | Terminated | May. 12, 2023 | Arena IP, LLC v. Extreme Networks, Inc. | 3-23-cv-00238 | NDTX |
| Feb. 03, 2023 | Terminated | Feb. 24, 2023 | WFR IP, LLC v. Walmart Inc. f/k/a Walmart Stores, Inc. | 6-23-cv-00070 | WDTX |
| Feb. 06, 2023 | Terminated | May. 05, 2023 | Arena IP, LLC v. Minnesota Vikings Football LLC | 3-23-cv-00260 | NDTX |
| Feb. 06, 2023 | Active | | Arena IP, LLC v. New England Patriots LLC | 4-23-cv-00428 | SDTX |
| Feb. 13, 2023 | Terminated | Aug. 14, 2023 | Ask Sydney, LLC v. Amazon.com Services LLC f/k/a Amazon.com Services, Inc. | 6-23-cv-00108 | WDTX |
| Feb. 13, 2023 | Terminated | Aug. 07, 2023 | Ask Sydney, LLC v. Google, LLC f/k/a Google Inc. | 6-23-cv-00111 | WDTX |
| Feb. 13, 2023 | Active | | Ask Sydney, LLC v. Meta Platforms, Inc. f/k/a Facebook, Inc. | 6-23-cv-00112 | WDTX |
| Feb. 13, 2023 | Terminated | Aug. 14, 2023 | Ask Sydney, LLC v. Microsoft Corporation | 6-23-cv-00113 | WDTX |
| Feb. 13, 2023 | Terminated | Jul. 26, 2023 | Ask Sydney, LLC v. SNAP, Inc. | 6-23-cv-00114 | WDTX |
| Feb. 17, 2023 | Terminated | Jul. 11, 2023 | Verna IP Holdings, LLC v. Motorola Solutions, Inc. et al | 6-23-cv-00129 | WDTX |
| Feb. 22, 2023 | Terminated | May. 18, 2023 | Koji IP, LLC v. Google, LLC f/k/a Google Inc. | 6-23-cv-00138 | WDTX |
| Feb. 22, 2023 | Terminated | Mar. 07, 2023 | Ortiz & Associates Consulting, LLC v. Actiontec Electronics, Inc. | 6-23-cv-00139 | WDTX |
| Feb. 22, 2023 | Terminated | Jun. 07, 2023 | AuthWallet, LLC v. Amarillo National Bank | 6-23-cv-00140 | WDTX |
| Feb. 22, 2023 | Terminated | Jun. 02, 2023 | AuthWallet, LLC v. CIBC Bank USA | 6-23-cv-00141 | WDTX |
| Feb. 22, 2023 | Terminated | May. 01, 2023 | Verna IP Holdings, LLC v. CivicPlus, LLC | 6-23-cv-00142 | WDTX |
| Feb. 22, 2023 | Terminated | Apr. 27, 2023 | AuthWallet, LLC v. Cullen/Frost Bankers, Inc. | 6-23-cv-00143 | WDTX |
| Feb. 22, 2023 | Terminated | May. 12, 2023 | AuthWallet, LLC v. First Citizens Bank | 6-23-cv-00144 | WDTX |
| Feb. 22, 2023 | Active | | AuthWallet, LLC v. Fiserv, Inc. | 6-23-cv-00145 | WDTX |
| Feb. 22, 2023 | Terminated | Mar. 06, 2023 | AuthWallet, LLC v. The PNC Financial Services Group, Inc. | 6-23-cv-00146 | WDTX |
| Feb. 27, 2023 | Terminated | Jul. 31, 2023 | Street Spirit IP LLC v. Instagram et al | 3-23-cv-00883 | NDCA |
| Feb. 27, 2023 | Terminated | Jul. 31, 2023 | Street Spirit IP LLC v. Meta Platforms, Inc. f/k/a Facebook, Inc. | 3-23-cv-00879 | NDCA |
| Feb. 27, 2023 | Terminated | Aug. 02, 2023 | Street Spirit IP LLC v. LinkedIn Corporation | 3-23-cv-00884 | NDCA |
| Mar. 03, 2023 | Terminated | Jun. 02, 2023 | WirelessWerx IP, LLC v. Uber Technologies, Inc. | 3-23-cv-00990 | NDCA |
| Mar. 09, 2023 | Active | | HyperQuery LLC v. ASUSTeK Computer, Inc. | 6-23-cv-00178 | WDTX |
| Mar. 10, 2023 | Terminated | Jul. 18, 2023 | VDPP, LLC v. Sharp Electronics Corporation | 6-23-cv-00183 | WDTX |
| Mar. 10, 2023 | Terminated | May. 17, 2023 | Ferruiz IP, LLC v. Cooper Lighting, LLC | 6-23-cv-00184 | WDTX |
| Mar. 13, 2023 | Active | | Ferruiz IP, LLC v. Feilo Sylvania Group | 6-23-cv-00190 | WDTX |
| Mar. 13, 2023 | Terminated | May. 11, 2023 | Ferruiz IP LLC v. Signify North America Corporation | 6-23-cv-00188 | WDTX |
| Mar. 22, 2023 | Active | | HyperQuery LLC v. OnePlus Technology (Shenzhen) Co., Ltd. | 6-23-cv-00205 | WDTX |
| Mar. 22, 2023 | Active | | HyperQuery LLC v. TCL Electronics Holdings Ltd. f/k/a TCL Multimedia Technology Holdings, Ltd. | 6-23-cv-00206 | WDTX |
| Mar. 22, 2023 | Active | | HyperQuery LLC v. ZTE Corporation | 6-23-cv-00210 | WDTX |
| Mar. 27, 2023 | Active | | Cloud Systems Holdco IP LLC v. Ring LLC | 2-23-cv-02247 | CDCA |
| Mar. 28, 2023 | Terminated | Aug. 23, 2023 | Street Spirit IP LLC v. eHarmony, Inc. | 2-23-cv-02252 | CDCA |
| Apr. 03, 2023 | Active | | Ferruiz IP LLC v. Spectrum Lighting, Inc. et al | 6-23-cv-00241 | WDTX |
| Apr. 03, 2023 | Terminated | May. 02, 2023 | AuthWallet, LLC v. Woodforest National Bank | 6-23-cv-00244 | WDTX |
| Apr. 04, 2023 | Active | | Mesa Digital, LLC v. Razer Inc. et al | 6-23-cv-00247 | WDTX |
| Apr. 04, 2023 | Active | | AML IP LLC v. Google LLC f/k/a Google Inc. | 6-23-cv-00248 | WDTX |

| Apr. 06, 2023 | Terminated | May. 30, 2023 | mCom IP LLC v. Prosperity Bancshares, Inc. | 6-23-cv-00253 | WDTX |
| --- | --- | --- | --- | --- | --- |
| Apr. 06, 2023 | Terminated | Aug. 24, 2023 | mCom IP LLC v. USAA Federal Savings Bank | 6-23-cv-00256 | WDTX |
| Apr. 06, 2023 | Terminated | Jun. 23, 2023 | mCom IP LLC v. Truist Financial Corporation | 6-23-cv-00258 | WDTX |
| Apr. 12, 2023 | Active | | AttestWave, LLC v. International Business Machines Corporation | 4-23-cv-00315 | EDTX |
| Apr. 12, 2023 | Terminated | May. 12, 2023 | AttestWave, LLC v. Nokia Corporation a/k/a Nokia of America Corporation | 6-23-cv-00268 | WDTX |
| Apr. 12, 2023 | Terminated | May. 25, 2023 | AttestWave, LLC v. GlobalPlatform, Inc. | 1-23-cv-00904 | DCO |
| Apr. 14, 2023 | Active | | Sound Nexus LLC v. Bang and Olufsen America, Inc. | 2-23-cv-02834 | CDCA |
| Apr. 14, 2023 | Terminated | Apr. 17, 2023 | Linfo IP, LLC v. Ashley Furniture Industries, LLC | 6-23-cv-00278 | WDTX |
| Apr. 14, 2023 | Active | | Linfo IP, LLC v. Harbor Freight Tools USA, Inc. | 6-23-cv-00279 | WDTX |
| Apr. 14, 2023 | Terminated | Jul. 13, 2023 | Linfo IP, LLC v. Lamps Plus, Inc. | 6-23-cv-00281 | WDTX |
| Apr. 14, 2023 | Active | | Ortiz & Associates Consulting, LLC v. Vizio, Inc. | 3-23-cv-00791 | NDTX |
| Apr. 17, 2023 | Active | | WirelessWerx IP, LLC v. Google, LLC | 4-23-cv-01852 | NDCA |
| May. 05, 2023 | Active | | Flick Intelligence LLC v. Niantic, Inc. | 3-23-cv-02219 | NDCA |
| May. 11, 2023 | Active | | mCom IP, LLC v. BackBase U.S.A. Inc. | 1-23-cv-02145 | NDGA |
| May. 16, 2023 | Active | | Verna IP Holdings, LLC v. Alert Media, Inc. | 6-23-cv-00373 | WDTX |
| May. 19, 2023 | Terminated | Sep. 13, 2023 | mCom IP LLC v. Amarillo National Bank | 6-23-cv-00387 | WDTX |
| May. 19, 2023 | Active | | mCom IP, LLC v. Stellar Bancorp, Inc. | 4-23-cv-01847 | SDTX |
| May. 19, 2023 | Terminated | Jul. 25, 2023 | mCom IP, LLC v. Zions Bancorporation, NA d/b/a Amegy Bank | 6-23-cv-00388 | WDTX |
| May. 22, 2023 | Active | | mCom IP, LLC v. Amerant Bank, NA | 4-23-cv-01863 | SDTX |
| May. 22, 2023 | Terminated | Sep. 14, 2023 | mCom IP, LLC v. CrossFirst Bank | 2-23-cv-00225 | EDTX |
| May. 24, 2023 | Terminated | Jun. 07, 2023 | SmartWatch MobileConcepts LLC v. Epson America, Inc. | 6-23-cv-00397 | WDTX |
| May. 24, 2023 | Active | | SmartWatch MobileConcepts LLC v. Google LLC | 6-23-cv-00398 | WDTX |
| May. 24, 2023 | Active | | SmartWatch MobileConcepts LLC v. Timex Group USA, Inc. | 6-23-cv-00399 | WDTX |
| May. 24, 2023 | Active | | SmartWatch MobileConcepts LLC v. T-Mobile USA, Inc. | 6-23-cv-00400 | WDTX |
| May. 31, 2023 | Active | | ALD Social, LLC v. Apple, Inc. | 3-23-cv-02695 | NDCA |
| Jun. 01, 2023 | Active | | ProudLion IP, LLC v. LG Electronics USA, Inc. | 1-23-cv-00614 | WDTX |
| Jun. 01, 2023 | Active | | ProudLion IP, LLC v. Microsoft Corporation | 1-23-cv-00615 | WDTX |
| Jun. 01, 2023 | Active | | ProudLion IP, LLC v. Guang Dong OPPO Mobile Telecommunications Corp., Ltd. | 1-23-cv-00619 | WDTX |
| Jun. 01, 2023 | Active | | ProudLion IP, LLC v. Samsung Electronics America, Inc. f/k/a Samsung Telecommunications America LLC | 1-23-cv-00620 | WDTX |
| Jun. 01, 2023 | Active | | Cloud Systems Holdco IP LLC v. Google LLC | 1-23-cv-00625 | WDTX |
| Jun. 02, 2023 | Active | | Ortiz & Associates Consulting, LLC v. Ricoh USA, Inc. | 6-23-cv-00414 | WDTX |
| Jun. 02, 2023 | Terminated | Jul. 28, 2023 | Cloud Systems HoldCo IP, LLC v. Vector Security, Inc. | 2-23-cv-00264 | EDTX |
| Jun. 02, 2023 | Terminated | Aug. 09, 2023 | Cloud Systems Holdco IP, LLC v. Guardian Protection Services, Inc. | 6-23-cv-00416 | WDTX |
| Jun. 05, 2023 | Active | | ProudLion IP, LLC v. Fossil Group, Inc. | 1-23-cv-00637 | WDTX |
| Jun. 05, 2023 | Active | | ProudLion IP, LLC v. Montblanc North America, LLC | 4-23-cv-02050 | SDTX |
| Jun. 05, 2023 | Active | | ProudLion IP, LLC v. Movado Group, LP | 4-23-cv-02052 | SDTX |
| Jun. 09, 2023 | Active | | mCom IP, LLC v. Hilltop Holdings, Inc., d/b/a Plains Capital Bank | 6-23-cv-00437 | WDTX |
| Jun. 09, 2023 | Terminated | Jun. 28, 2023 | mCom IP, LLC v. Texas Bancshares, Inc. d/b/a Texas Regional Bank | 6-23-cv-00433 | WDTX |
| Jun. 09, 2023 | Terminated | Sep. 08, 2023 | mCom IP, LLC v. First-Citizens Bank & Trust Company et al | 6-23-cv-00434 | WDTX |
| Jun. 09, 2023 | Terminated | Sep. 05, 2023 | mCom IP, LLC v. Home Bancshares, Inc. d/b/a Happy State Bank | 6-23-cv-00435 | WDTX |
| Jun. 09, 2023 | Terminated | Aug. 31, 2023 | mCom IP LLC v. International Bancshares, Corporation d/b/a IBC Bank | 6-23-cv-00436 | WDTX |
| Jun. 09, 2023 | Active | | mCom IP, LLC v. Southside Bancshares, Inc. | 2-23-cv-00272 | EDTX |
| Jun. 09, 2023 | Terminated | Aug. 17, 2023 | Street Spirit IP LLC v. Match Group Inc | 3-23-cv-01304 | NDTX |
| Jun. 12, 2023 | Active | | CTD Networks LLC v. Musarubra US, LLC d/b/a Trellix | 2-23-cv-00273 | EDTX |

| Jun. 12, 2023 | Active | | Linfo IP, LLC v. Lorex Corporation | 6-23-cv-00443 | WDTX |
| --- | --- | --- | --- | --- | --- |
| Jun. 12, 2023 | Active | | Linfo IP, LLC v. Shop LC Global Inc. d/b/a Shop LC | 6-23-cv-00442 | WDTX |
| Jun. 14, 2023 | Active | | Haley IP, LLC v. Motive Technologies, Inc. | 4-23-cv-02923 | NDCA |
| Jun. 20, 2023 | Active | | VDPP, LLC v. Ford Motor Company | 2-23-cv-11462 | EDMI |
| Jun. 23, 2023 | Active | | WirelessWerx IP LLC v. OnStar, LLC | 2-23-cv-11501 | EDMI |
| Jun. 23, 2023 | Terminated | Jun. 28, 2023 | mCom IP, LLC v. TBK Bank, SSB | 1-23-cv-01606 | DCO |
| Jun. 23, 2023 | Active | | WirelessWerx IP LLC v. Geotab USA, Inc. | 1-23-cv-01617 | DCO |
| Jun. 23, 2023 | Active | | SAFECAST LIMITED v. Google, LLC | 5-23-cv-03128 | NDCA |
| Jun. 26, 2023 | Active | | Ortiz & Associates Consulting, LLC v. Epson America, Inc. | 2-23-cv-00308 | EDTX |
| Jun. 26, 2023 | Active | | VDPP, LLC v. Epson America, Inc. | 2-23-cv-00307 | EDTX |
| Jun. 26, 2023 | Active | | InnoMemory, LLC v. Rubrik, Inc. | 6-23-cv-00465 | WDTX |
| Jun. 27, 2023 | Active | | CyboEnergy, Inc. v. Hoymiles Power Electronics USA, Inc. | 2-23-cv-00311 | EDTX |
| Jun. 27, 2023 | Active | | SAFECAST LIMITED v. Microsoft Corporation | 1-23-cv-05466 | SDNY |
| Jun. 27, 2023 | Active | | Ortiz & Associates Consulting, LLC v. Konica Minolta Business Solutions USA, Inc. | 6-23-cv-00471 | WDTX |
| Jun. 28, 2023 | Active | | Ortiz & Associates Consulting, LLC v. Lexmark International, Inc. | 1-23-cv-01646 | DCO |
| Jun. 30, 2023 | Terminated | Sep. 06, 2023 | Koji IP, LLC v. Renesas Electronics America, Inc. f/k/a Intersil Corporation | 1-23-cv-01674 | DCO |
| Jul. 19, 2023 | Active | | AttestWave LLC v. Qualcomm Incorporated | 6-23-cv-00511 | WDTX |
| Jul. 20, 2023 | Active | | Gatekeeper Solutions, Inc. v. Cisco Systems, Inc. | 6-23-cv-00514 | WDTX |
| Jul. 20, 2023 | Active | | Gatekeeper Solutions, Inc. v. LinkedIn Corporation | 6-23-cv-00515 | WDTX |
| Jul. 20, 2023 | Active | | Gatekeeper Solutions, Inc. v. Meta Platforms, Inc. f/k/a Facebook, Inc. | 6-23-cv-00516 | WDTX |
| Jul. 20, 2023 | Active | | SLS Manager Technologies LLC v. Cisco Systems, Inc. | 6-23-cv-00517 | WDTX |
| Jul. 20, 2023 | Active | | SLS Manager Technologies LLC v. Juniper Networks, Inc. | 6-23-cv-00518 | WDTX |
| Jul. 20, 2023 | Active | | SLS Manager Technologies LLC v. Microsoft Corporation et al | 6-23-cv-00519 | WDTX |
| Jul. 20, 2023 | Active | | SLS Manager Technologies LLC v. Oracle Corporation | 6-23-cv-00520 | WDTX |
| Jul. 21, 2023 | Active | | Stasit, LLC v. Google, LLC | 6-23-cv-00525 | WDTX |
| Jul. 21, 2023 | Active | | Gatekeeper Solutions, Inc. v. ThreatTrack Security, Inc. et al | 6-23-cv-00522 | WDTX |
| Jul. 21, 2023 | Active | | Stasit, LLC v. Apple, Inc. | 6-23-cv-00524 | WDTX |
| Jul. 21, 2023 | Active | | Stasit, LLC v. HTC Corporation | 6-23-cv-00526 | WDTX |
| Jul. 21, 2023 | Active | | Stasit, LLC v. LG Electronics USA, Inc. | 6-23-cv-00527 | WDTX |
| Jul. 21, 2023 | Active | | Stasit, LLC v. Meta Platforms, Inc. f/k/a Facebook, Inc. | 6-23-cv-00528 | WDTX |
| Jul. 21, 2023 | Active | | Stasit, LLC v. Samsung Electronics America, Inc. | 6-23-cv-00530 | WDTX |
| Jul. 24, 2023 | Terminated | Aug. 21, 2023 | WristDocs, LLC v. Garmin International, Inc. | 6-23-cv-00532 | WDTX |
| Jul. 24, 2023 | Terminated | Aug. 21, 2023 | WristDocs LLC v. Google LLC | 6-23-cv-00533 | WDTX |
| Jul. 24, 2023 | Terminated | Aug. 21, 2023 | WristDocs LLC v. Masimo Corporation | 6-23-cv-00535 | WDTX |
| Jul. 24, 2023 | Terminated | Aug. 21, 2023 | WristDocs LLC v. Zepp Health Corporation | 6-23-cv-00536 | WDTX |
| Jul. 24, 2023 | Terminated | Aug. 21, 2023 | Wristdocs LLC v. Apple Inc. | 6-23-cv-00531 | WDTX |
| Aug. 03, 2023 | Active | | Ask Sydney, LLC v. SNAP, Inc. | 2-23-cv-06298 | CDCA |
| Aug. 08, 2023 | Active | | Ask Sydney, LLC v. Google, LLC | 3-23-cv-03955 | NDCA |
| Aug. 11, 2023 | Active | | VDPP, LLC v. Volkswagen Group of America, Inc. | 4-23-cv-02961 | SDTX |
| Aug. 11, 2023 | Active | | VDPP, LLC v. BMW of North America, LLC | 2-23-cv-00365 | EDTX |
| Aug. 11, 2023 | Active | | VDPP, LLC v. Kia America, Inc. | 2-23-cv-00367 | EDTX |
| Aug. 11, 2023 | Terminated | Sep. 07, 2023 | VDPP, LLC v. American Honda Motor Co., Inc. | 4-23-cv-00843 | NDTX |
| Aug. 14, 2023 | Active | | VDPP, LLC v. General Motors Company | 1-23-cv-00956 | WDTX |
| Aug. 14, 2023 | Active | | VDPP, LLC v. Nissan North America, Inc. | 1-23-cv-00957 | WDTX |
| Aug. 14, 2023 | Active | | VDPP, LLC v. Toyota Motor North America, Inc. | 1-23-cv-00958 | WDTX |

| Aug. 14, 2023 | Active | | Wyoming Intellectual Property Holdings LLC v. Blast Motion, Inc. | 3-23-cv-01489 | SDCA |
| --- | --- | --- | --- | --- | --- |
| Aug. 18, 2023 | Active | | mCom IP, LLC v. Capital One Financial Corporation | 6-23-cv-00612 | WDTX |
| Aug. 18, 2023 | Active | | mCom IP LLC v. First Bank & Trust | 6-23-cv-00613 | WDTX |
| Aug. 18, 2023 | Terminated | Sep. 08, 2023 | MCOM IP, LLC v. First Financial Bankshares, Inc. | 6-23-cv-00614 | WDTX |
| Aug. 18, 2023 | Active | | VDPP, LLC v. ZTE (USA) Inc. | 2-23-cv-00373 | EDTX |
| Aug. 18, 2023 | Active | | VDPP, LLC v. Bullitt Mobile Ltd. | 1-23-cv-00971 | WDTX |
| Aug. 18, 2023 | Active | | VDPP LLC v. One Plus Corp | 3-23-cv-01864 | NDTX |
| Aug. 18, 2023 | Active | | VDPP, LLC v. Vivo, Inc. | 5-23-cv-04241 | NDCA |