# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **CTD NETWORKS, LLC,**<br>　　Plaintiff,<br><br>v.<br><br>**MICROSOFT CORPORATION,**<br>　　Defendant | Civil Action No. 6:22-cv-01049-XR |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES

Plaintiff, CTD Networks, LLC, hereby files this Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Attorneys' Fees (the "Motion"). Plaintiff contacted Defendant's counsel and requested an extension for the same, and Defendant is unopposed. Plaintiff files this motion unopposed and agreed to allow a 3-week extension of time to file respond to Defendant's motion up to and including October 24, 2023.

Respectfully submitted,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for CTD Networks, LLC***

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 20, 2023, I conferred with counsel for Defendant regarding this extension of time and they have no opposition to this motion for extension of time to respond to Defendant's Motion for Recovery of Attorneys' Fees.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 20, 2023, with a copy of the foregoing via ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III
