UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| **CTD NETWORKS LLC**,<br><br>    Plaintiff,<br><br>**v.**<br><br>**MICROSOFT CORPORATION**,<br><br>    Defendant. | No. 6:22-cv-01049-XR |

### DECLARATION OF ERIC D. MOREHOUSE

I, Eric D. Morehouse, declare the following:

1. I am in house counsel at CTD Networks LLC ("CTD"). I have held this position since September 2022. I am over the age of 18, and I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify about these matters under oath.

2. CTD does not have sufficient assets to satisfy Microsoft's full fee request.

3. CTD did not approve the filing of the Second Amended Complaint.

4. CTD instructed its prior counsel of record, William Ramey, to dismiss the Second Amended Complaint once Microsoft filed its renewed Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

2/28/2024