# United States Court of Appeals for the Federal Circuit

**CTD NETWORKS, LLC,**
*Plaintiff-Appellant*

v.

**MICROSOFT CORPORATION,**
*Defendant-Appellee*

2023-2429

Appeal from the United States District Court for the Western District of Texas in No. 6:22-cv-01049-XR, Judge Xavier Rodriguez.

**MANDATE**

In accordance with the judgment of this Court, entered May 24, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



July 1, 2024
Date

Jarrett B. Perlow
Clerk of Court