**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **CTD NETWORKS LLC,** | |
| **Plaintiff,** | **Civil Action No. 6:22-cv-01049-XR** |
| **v.** | |
| **MICROSOFT CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**REPLY IN SUPPORT OF OBJECTIONS TO DECLARATION OF ERIC MOREHOUSE**

The late filed Morehouse Declaration should be struck by the Court. It was only created as a *quid pro quo* for CTD to settle with Microsoft. Moreover, each of its statements is false and the declaration is entitled to no weight as provided in Ramey LLP's Objections.[1] Microsoft's opposition to the objections are not well founded as while it is true that in a response to a motion for summary judgment, the evidence need only be such that it can be made admissible, this is a motion for sanctions and threadbare declaration is not sufficient, as the case is closed. The threadbare statements are entitled to no weight and should be stricken. The Morehouse Declaration lacks all credibility as it was only created to aid CTD in settling its dispute with Microsoft. The proof required to award sanctions is far more demanding than that provided by the Morehouse Declaration. The evidence is in, and the declaration must be stricken. Microsoft should not be given a redo on evidence to support its Renewed Motion for Sanctions.

**Conclusion**

---

[1] Doc. No. 75 at 1-4.

1

For all the above reasons, Ramey LLP objects to and moves to strike the Declaration of Eric Morehouse filed as Document Number 65-8.

Respectfully submitted,

**Ramey LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Ramey LLP***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served today, August 14, 2024, with a copy of the foregoing via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III